

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2015

No. 04-14-00687-CV

Rudy **NEIRA**,
Appellant

v.

Sheryl **SCULLY** and Richard Hovenden,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05034
John D. Gabriel Jr., Judge Presiding

# O R D E R

Appellant Rudy Neira seeks to appeal from an "Order Granting Defendant Sheryl Sculley's Motion for Summary Judgment" signed on September 14, 2014. We issued an order directing appellant to show cause why the summary judgment order is not interlocutory, and why this appeal should not be dismissed for lack of jurisdiction. *See City of Beaumont v. Guillory*, 751 S.W.2d 491, 492 (Tex. 1988); *see also Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 200 (Tex. 2001). After considering appellant's response in support of jurisdiction, we agree that the order at issue finally disposed of all parties and claims in the lawsuit because the remaining named defendant was never served with citation and did not waive service or make an appearance in the case. *See M.O. Dental Lab v. Rape*, 139 S.W.3d 671, 674 (Tex. 2004). Therefore, the summary judgment order is final and appealable. *Id.*; *Lehmann*, 39 S.W.3d at 200.

Accordingly, we conclude that we have jurisdiction over this appeal and ORDER that the appeal be retained on the court's docket. The appellant's brief is due **thirty (30) days** after the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2015.



Keith E. Hottle
Clerk of Court